UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.**  EDCV 16-0891 MWF (DTBx) | **Date:**  April 4, 2017 |
| **Title:**    Lori Golden -*v*- American Pro Energy | |

**Present:**   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| | |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER RE MOTION FOR CLASS CERTIFICATION [25]

Before the Court is Plaintiff Lori Golden's Motion for Class Certification (the "Motion"), filed March 6, 2017. (Docket No. 25). The Motion is unopposed. (Declaration of Ronald A. Marron ("Marron Decl.") ¶ 2 (Docket No. 25-2)). The Court has read and considered the papers filed on the Motion and deems the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.

The Court defers ruling on the Motion because, as currently drafted, the Motion fails to comply with the Local Rules. Local Rule 7-6 provides that "[f]actual contentions involved in any motion . . . shall be presented, heard, and determined upon declarations and other written evidence" only. *Id*. Plaintiff included a number of factual contentions in her Motion that are not supported by any declaration or included in her Complaint, and that are necessary to ruling on the Motion. Those factual contentions include:

- American Pro Energy sells and/or refers leads for residential and commercial solar paneling to other companies, primarily A1 Solar Power, Inc. (Mot. at 2).
- American Pro Energy purchased the demographic information at issue in this action, including the names, addresses, telephone numbers, and other information of potential customers from a company called Red Sky, which is apparently located in the Philippines. (Mot. at 2).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  EDCV 16-0891 MWF (DTBx)**     **Date:  April 4, 2017**
**Title:**     Lori Golden -*v*- American Pro Energy

- American Pro Energy loaded the information it purchased from Red Sky and other vendors and loaded it into its ViciDial predictive dialers.  (Mot. at 2).
- American Pro Energy proceeded to make solicitation calls to thousands of consumers via the ViciDial predictive dialers.  (Mot. at 2).
- American Pro Energy continued this practice even after Plaintiff filed her lawsuit.  (Mot. at 3).

Indeed, each time Plaintiff cites to her Motion in the proposed Order filed in support (Docket No. 25-9), rather than to a concurrently filed declaration setting forth those facts, Plaintiff runs afoul of Rule 7-6.

Accordingly, Plaintiff shall file a supplemental declaration setting forth the foregoing facts, as well as any other facts necessary to certify the class that are not already alleged in the Complaint or in the declarations accompanying the Motion, on or before **April 10, 2017.**  At that time, Plaintiff shall additionally file an amended Motion for Class Certification that includes citations to the appropriate evidence in the record.  The Court will then decide whether to set a hearing date on the renewed Motion or to take the matter under submission.

IT IS SO ORDERED.