UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI GOLDEN,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>AMERICAN PRO ENERGY,<br><br>　　　　　　Defendant(s). | Case No. EDCV 16-891-MWF (KKx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion to Strike Defendant's Answer, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Motion is GRANTED and Defendant's Answer is STRICKEN. Plaintiff shall request entry of default by the Clerk on or before September 8, 2017. Plaintiff shall file a motion for default judgment by September 18, 2017.

Dated: August 30, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HON. MICHAEL W. FITZGERALD
United States District Judge