UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **EDCV 16-891-MWF (KKx)** | Date: June 7, 2018 |
| Title: *Lori Golden v. American Pro Energy, et al.* | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order Setting Order to Show Cause Hearing

On October 3, 2017, Plaintiff Lori Golden ("Plaintiff") served a subpoena on non-party Linda Lucero ("Lucero"), counsel for Defendant American Pro Energy ("Defendant"). See ECF Docket No. ("Dkt.") 78-1, Declaration of Andrew C. Hamilton ("Hamilton Decl.") ¶ 2. Lucero failed to respond to the subpoena. Id. ¶ 3.

On February 15, 2018, this Court granted Plaintiff's "Renewed Motion to Compel Defendant's Counsel's Compliance with Lawfully Issued Subpoena" ordering Lucero to provide responses to the subpoena and produce all responsive documents within ten days of the date of the Order (the "February 15, 2018 Order"). Dkt. 72. Plaintiff served the February 15, 2018 Order on Lucero. Hamilton Decl., ¶ 4.

On March 22, 2018, after multiple extensions, Lucero served responses to the subpoena and two pages of handwritten notes. Id. ¶ 15, Ex. 10. On March 28, 2018, Plaintiff's counsel emailed Lucero explaining that her responses were deficient. Id. ¶ 16, Ex. 11. On April 9, 2018, Lucero responded by email providing additional information and stating "the Waterbury information will be provided shortly." Id. ¶ 20, Ex. 11. Therefore, it appears Lucero has admitted there are additional documents that may be responsive to the subpoena and that have not been produced.

On April 30, 2018, Plaintiff filed a "Motion for an Order Holding [Lucero] in Contempt for Failure to Comply with the Court's February 15, 2018 Order." Dkt. 78. Lucero did not file an opposition.

Accordingly, Lucero is ordered to appear **on July 6, 2018 at 10:00 a.m.** before the Court, located in Courtroom 4, 3rd Floor, United States Courthouse, 3470 12th Street, Riverside, California 92501, to show cause why she should not be held in contempt. If Lucero files a declaration in response to this Order stating under penalty of perjury that all responsive documents in her possession, custody, or control have been produced to Plaintiff, the Court will consider vacating the Order to Show Cause. **Lucero is cautioned that failure to appear at the hearing on July 6, 2018 could result in her being found in contempt of Court orders and ordered to pay monetary sanctions.**

Plaintiff must serve this Order on Lucero personally **within seven (7) days** of the date of this Order and file proof of such service within the same seven (7) days.

**IT IS SO ORDERED.**